AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

Northern     District of     California

| UNITED STATES OF AMERICA<br>V.<br>FELIX B. GUZMAN | COMMITMENT TO ANOTHER DISTRICT |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense<br>CR08-0598PHX | District of Arrest<br>3:11-mj-71311 | District of Offense |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
   X Indictment    ☐ Information    ☐ Complaint    ☐ Other (specify)

charging a violation of    18    U.S.C. § 1343 and 2

**DISTRICT OF OFFENSE**
ARIZONA

**DESCRIPTION OF CHARGES:**



**CURRENT BOND STATUS:**
☐ Bail fixed at      and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
X Other     Defendant waived I.D., removal, and detention hearing. Def OTA on 12/20/2011 in AZ

**Representation:** ☐ Retained Own Counsel    X Federal Defender Organization    ☐ CJA Attorney    ☐ None

**Interpreter Required?**    ☐ No    X Yes    Languag Spanish

DISTRICT

TO: THE UNITED STATES MARSHAL

     You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

December 6, 2011
Date                 United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |